RECEIVED

AUG 1 3 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| SABINA LUNA VALDEZ<br>FED. REG. NO. 46413-179<br>VS. | CIVIL ACTION NO. 6:13-cv-2376<br><br>SECTION P<br><br>JUDGE REBECCA F. DOHERTY |
| UNITED STATES MARSHAL<br>SERVICE, ET AL. | MAGISTRATE JUDGE PATRICK J. HANNA |

## JUDGMENT

The Complaint [Rec. Doc. 1] filed July 29, 2013, by the *pro se* claimant Sabina Luna Valdez was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and absent any objections filed, this Court concludes that the Magistrate Judge's report and recommendation[Rec. Doc.13] is correct and adopts the findings and conclusions therein as its own. Accordingly,

The petitioner's civil rights complaint, filed pursuant to 42 U.S.C. §1983 with respect to four unnamed employees of the Louisiana Department of Corrections, Sheriff Louis Ackal, Warden Hayes and Captain Hayes is hereby DISMISSED WITH PREJUDICE as frivolous because those claims are prescribed.

Plaintiff's *Bivens* complaint against the unnamed deputy U.S. Marshals of the Western District of Louisiana is DISMISSED WITH PREJUDICE as frivolous for the same reason, namely that the claims are prescribed.

Plaintiff's *Bivens* complaint against the unnamed employees of the BOP and

USMS in Oklahoma City, Oklahoma is DISMISSED WITHOUT PREJUDICE, for its filing in a court of improper venue.

To the extent that the plaintiff's complaint can be construed to have raised a claim under the FTCA against the unnamed employees of the BOP and the USMS in Oklahoma City, Oklahoma, that claim is also DISMISSED WITHOUT PREJUDICE for failing to state a claim upon which relief can be granted.

Lafayette, Louisiana, this 13 day of August, 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE